# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| CASSELLI, ET AL. : |  |
| : | CIVIL ACTION |
| Plaintiffs, : |  |
| : | NO. 13-6279 |
| v. : |  |
| : |  |
| CITY OF PHILADELPHIA, ET AL., : |  |
| : |  |
| Defendants. : |  |

## ORDER

**AND NOW**, this 22nd day of September, 2014, it is **HEREBY ORDERED** that, upon consideration of the motion to dismiss (Doc. #4), the plaintiff's response thereto, and the defendants' reply:

1. The motion is **GRANTED** as to the false light invasion of privacy claim against defendant Frank Keenan, only.

2. The balance of the motion is **DENIED**.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge
