IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICHOLAS CASSELLI, et al.       :
                                :           CIVIL ACTION
        v.                      :           NO. 13-6279
                                :
CITY OF PHILADELPHIA, et al.    :

## ORDER

AND NOW this 18th day of October, 2013, upon consideration of the motion for summary judgment by defendants City of Philadelphia, Stephen Reeder, and Gregory Holman, Dkt. No. 94, and the response of plaintiffs Nicholas Casselli and Lawrence Love, Dkt. No. 97, it is ORDERED that defendants' motion is GRANTED.  JUDGMENT is ENTERED in favor of defendants, City of Philadelphia, Stephen Reeder, and Gregory Holman and against plaintiffs, Nicholas Casselli and Lawrence Love on all claims.

The Clerk of Court shall mark this case CLOSED.

                                        _s/Thomas N. O'Neill, Jr._
                                        THOMAS N. O'NEILL, JR., J.